

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00129-CV

———————————————

IN RE HLF INTERESTS, LLC; HOLLY FORSYTHE; HOLLY FORSYTHE 2018 MANAGEMENT TRUST; HOLLY LEWIS FORSYTHE GST EXEMPT TRUST AND GST NON-EXEMPT TRUST; WHISKY RIVER OIL & GAS, LLC; FORSYTHE COMPANY GP, LLC; THE SARAH BARBARA FORSYTHE FAMILY TRUST; AND TRUST A, QTIP, AND TRUST B UNDER THE 2015 FORSYTHE MANAGEMENT TRUST, Relators

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV21-07-480

Before Wallach, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and emergency motion for temporary relief, real parties in interest's response, the record, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered:  April 12, 2024